Judge

I was wondering why my attorney Matthew Maddox would not consider the things I am saying such as: to file a motion for a rule 16. I have been here eight months only thing I have to work with is a discovery with ten thousand documents of people I don't know there has been foul play shown statements that the witness they are trying to use have five diffrent stories I have Matthew maddox for bond hearing transcript to match everything up Just wanted to be treated fair I am innocent and want to get to the next level so I can return to my family no evidence have been turned over

Thank you

Mr Judge Anderson

RECEIVED BY
SEP 19 2022
Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Jackson