IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CR. No.: 21-cr-10112-STA** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **MARKELL YOUNG, et. al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**UNITED STATES OF AMERICA'S RULE 16 EXPERT WITNESS DISCLOSURES**

The United States of America, by and through Kevin G. Ritz, United States Attorney for the Western District of Tennessee, and Hillary Lawler Parham, Assistant United States Attorney for the Western District of Tennessee, discloses the following expert witnesses in accordance with the Federal Rules of Criminal Procedure:

I. The United States discloses the following expert witnesses pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(iii):

1. **Heather Keith**
Department of Justice
Drug Enforcement Administration
Nashville Sub-Regional Laboratory
Nashville, TN

Heather Keith is employed as a senior forensic chemist with the Drug Enforcement Administration and will be tendered as an expert in forensic chemistry and is expected to testify in accordance with her report. The following is being provided in accordance with the Federal Rules of Criminal Procedure:

- Heather Keith's expert reports previously provided in bates stamped numbers 099605-099780.
- Heather Keith's CV (including case list)

**2. Peter Hall**
St. Jude Research Hospital
Memphis, TN

The government intends to introduce the testimony of Peter Hall formerly employed by the Tennessee Bureau of Investigation Memphis Regional Crime Laboratory. Mr. Hall was a Special Agent/ Forensic Scientist from October 2011 to October 2017. Mr. Hall will testify as to his examination of drug exhibits submitted to him for analysis during his tenure at the Tennessee Bureau of Investigation. Mr. Hall will be tendered as an expert in forensic chemistry and is expected to testify in accordance with his reports. His CV is attached as an exhibit to this notice.

**3. Shalandus Garrett**
Former- Special Agent/ Forensic Scientist
Jackson, TN.

The government intends to introduce the testimony of Shalandus Garrett formerly employed by the Tennessee Bureau of Investigation Memphis Regional Crime Laboratory. Ms. Garrett was a Special Agent/ Forensic Scientist and completed the drug analysis in Case Numbers 1500128/153001161 and 491729/153003652. Mr. Garrett will testify as to her examination of drug exhibits submitted to her for analysis during her tenure at the Tennessee Bureau of Investigation. Ms. Garrett will be tendered as an expert in forensic chemistry and is expected to testify in accordance with her reports previously provided in discovery in bates stamped numbers 099572. Ms. Garrett's CV will be supplemented as part of this notice.

**4. John Lewoczko**
Firearms Examiner
Jackson Police Department

The government intends to introduce the testimony of John Lewoczko of the Madison

County Sheriff's Department. Mr. Lewoczko was a firearms and toolmark examiner with the Jackson Police Department from 2018- 2022. Prior to joining the Jackson Police Department, Mr. Lewoczko was a Special Agent with the FBI and spent eleven years assigned to the FBI Firearms and Toolmark Unit at the FBI Laboratory in Washington, DC. Mr. Lewoczko, will testify as an expert in firearms and toolmark identification. As a forensic firearms examiner, Lewoczko is responsible for forensic firearms and tool mark examining. He is trained to examine forensic tool-markings on cartridge casings and bullets to determine whether a specific casing was fired by a specific firearm or if two or more casings were fired from the same firearm. Mr. Lewoczko will be tendered as an expert in firearm and toolmark examination and is expected to testify in accordance with his reports previously provided in discovery bates stamped numbers 7961, 99528, 99551-99554 and 99556. His CV is attached to this notice.

5. **J. Russell Davis II**
   Tennessee Bureau of Investigation
   Forensic Scientist

The government intends to introduce the testimony of J. Russell Davis of the Tennessee Bureau of Investigation. Mr. Davis retired from Tennessee Bureau of Investigation where he was a special agent/ forensic scientist in the area of micro analysis. He will explain his qualifications as set forth in his curriculum vitae, as well as, his opinions as set forth in the Rule 16 Summary attached as an exhibit to this notice, as well as his current CV.

6. **Elizabeth Fortin**
   Tennessee Bureau of Investigation
   Forensic Scientist
   Jackson, TN

The government intends to introduce the testimony of Elizabeth Fortin formerly employed by the Tennessee Bureau of Investigation Memphis Regional Crime Laboratory. Ms. Fortin was a

Special Agent/ Forensic Scientist who prepared the report previously provided in discovery bates stamped number 99562. Ms. Fortin will testify as to her examination of the exhibits submitted to her for analysis during her tenure at the Tennessee Bureau of Investigation. Ms. Fortin will be tendered as an expert in forensic biology and is expected to testify in accordance with her reports. Her updated CV will be supplemented to this report.

**7. Kendall Stoner, M.S.F.S.**
Special Agent/ Forensic Scientist Supervisor
Tennessee Bureau of Investigation
Nashville, TN

Kendall Stoner is employed as a special agent forensic scientist supervisor with the Tennessee Bureau of Investigation and will be tendered as an expert in forensic biology and is expected to testify in accordance with her report. The following is being provided in accordance with the Federal Rules of Criminal Procedure:

- Kendall Stoner's expert report which was previously provided in discovery bates stamped number 99564;
- Kendall Stoner's CV pursuant to Fed. R.Crim.P. 16(a)(1)(G)(iii)

**8. Rachel Strandquist**
Tennessee Bureau of Investigation
Special Agent/ Forensic Scientist

Rachel Strandquist is employed as a special agent forensic scientist with the Tennessee Bureau of Investigation and will be tendered as an expert in forensic chemistry and is expected to testify in accordance with her report. The following is being provided in accordance with the Federal Rules of Criminal Procedure:

- Rachel Strandquist's expert report previously provided in discovery bates stamped number 99573;
- Rachel Strandquist CV
- Case Nos. pursuant to Fed. R.Crim.P. 16(a)(1)(G)(iii) a list of cases in which Agent Strandquist has testified.

**9. Kelly Schrotberger**
Firearms Examiner
Jackson Police Department

Kelly Schrotberger is a Forensic Firearms and Tool Mark Examiner with the Jackson Police Department and a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). Investigator Schrotberger has been employed in that capacity since 2021. As a forensic firearms examiner, Schrotberger is responsible for forensic firearms and tool mark examining. He is trained to examine forensic tool-markings on cartridge casings and bullets to determine whether a specific casing was fired by a specific firearm. Investigator Schrotberger will testify regarding crime scene cartridge casings collected in this case matching test-fired cartridge casings from the firearm collected in this case. His report will be supplemented as part of an amended notice and his CV are attached hereto.

**10. Cervina Braswell**
Tennessee Bureau of Investigation
Special Agent/Forensic Scientist
Jackson, TN

Cervina D. Braswell is employed as Special Agent / Forensic Scientist with the Tennessee Bureau of Investigation, Memphis Crime Laboratory. She will be testifying as a firearms expert, and in accordance with her reports. The following is being provided in accordance with the Federal Rules of Criminal Procedure:

- Cervina D. Braswell's expert report issued on 11/16/2017 with Lab Case #173000669.
- Cervina D. Braswell's experts report issued on 01/15/2019 with Lab Case #173000669.
- Cervina D. Braswell's curriculum vitae which includes academic preparation, specialized trainings, membership in professional organizations, professional conferences attended, tours made to firearms and ammunition factories, professional experience, courses taught, organization where she has acted as lecturer, consultations made as expert witness, and courts where she has been qualified as an expert.

- Cervina D. Braswell's case list pursuant to Fed. R.Crim.P. 16(a)(1)(G)(iii).

**11. Dr. Erica R. Curry, M.D., Pathologist**
West Tennessee Regional Forensic Center
Office of the Medical Examiner
Memphis, TN

Dr. Erica Curry is employed as a forensic pathologist with the University of Tennessee Health Science Center, West Tennessee Regional Forensic Center and will be tendered as an expert in forensic pathology and is expected to testify in accordance with her report. The following is being provided in accordance with the Federal Rules of Criminal Procedure:

- Dr. Erica Curry's expert report which has been previously provided in discovery bates stamped number 3346-3359;
- Dr. Erica Curry's CV
- Dr. Erica Curry's case list pursuant to Fed. R.Crim.P. 16(a)(1)(G)(iii).

**12. Dawn Sherwood**
Certifying Scientist
NMS Labs
Willow Grove, Pennsylvania

Ms. Sherwood was the certifying scientist that conducted the toxicology testing of the blood sample from the autopsy in which Dr. Curry relied on in her finding in the autopsy report previously provided in discovery as bates stamped number 3356-3359. Any further information received on the certifying scientist will be supplemented in an amended notice.

**13. Jennifer I. Banks**
Supervisory Special Agent
Federal Bureau of Investigation

The government intends to introduce the testimony of Jennifer I. Banks, Supervisory Special Agent with the Federal Bureau of Investigation. Supervisory Special Agent Banks has been a Special Agent of the FBI for over twenty years, will testify as an expert in cellphone mapping. Supervisory Special Agent Banks is currently assigned to the Cellular Analysis Survey Team and is

responsible for mapping cellphone data for various types of crimes.

The opinions expressed in the witnesses' reports are held to a reasonable degree of certainty, and in addition to the bases set forth in the reports, the opinions are based on the witnesses' education, training, and experience. While it is anticipated that this expert witness will testify in accordance with the opinions that are summarized in their reports, the reports are not intended to be an exhaustive or complete recitation of each and every word that any of the witnesses may offer. In addition, many opinions may be offered in response to questions posed by opposing counsel and cannot reasonably be anticipated until such time as the expert is deposed or questioned at the time of trial. These expert witnesses will address and testify in response to any opinions against the United States offered by the defendant's expert witnesses.

II.     The United States discloses the following expert witnesses who may provide testimony at trial pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(iii):

**1.**     Heather Keith
           Drug Enforcement Agency

Heather Keith examined exhibits 4, 6 12, and 13 submitted to the Drug Enforcement Administration in Case No. GN-19-0049. It is expected that Ms. Keith will testify regarding her training, experience and in accordance with the reports that she produced as part of the investigation. It is expected that, among other things in the reports, Ms. Keith will explain what a forensic chemist is and her job duties as a forensic chemist. Ms. Keith will explain what the pre-requisites are to becoming a forensic chemist for the Drug Enforcement Administration, as well as the other publications and cases in which she has testified (listed in his CV attached to this notice). Ms. Keith will explain how evidence is received into the laboratory and how the evidence is processed. Ms. Keith will then explain the steps that he takes to determine the gross weight and the net weight of the substance. Ms. Keith will also explain the series of instrumental techniques to test the

sample for identification of the drug, the isomer form and the purity of the methamphetamine. Ms. Keith will then identify the exhibits as the exhibit he received and analyzed and provided the attached report. qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described below, are based on my knowledge, skill, experience, training, and education.  See Ms. Keith's attached Curriculum Vitae for additional information regarding her qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.  The opinions described are based on the following chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the previously provided Laboratory Report and analyst notes.

The manner and process by which Ms. Keith performed the analyses were, to the best of her knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis.  These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request.

The analytical methods used in the above analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596

Ms. Keith analyzed the material contained in the exhibits which were submitted for analysis in the above referenced case number(s).  Her conclusions are included as part of previously provided forensic laboratory reports.

    **2.**    Peter Hall

          Tennessee Bureau of Investigation

Peter Hall examined exhibit 001-a submitted to the Tennessee Bureau of Investigation in Case Nos. 1411428 and lab case number 153302746.  He also examined exhibit 001-a submitted to the Tennessee Bureau of Investigation in Case Nos. 1613728 and lab case number 163005478. It is expected that Mr. Hall will testify regarding his training, experience and in accordance with the reports that he produced as part of the investigation. It is expected that, among other things in the reports, Mr. Hall will explain what a forensic chemist is and his job duties as a forensic chemist.  Mr. Hall will explain what the pre-requisites are to becoming a forensic chemist for the Tennessee Bureau of Investigation, as well as that has not testified as a forensic chemist since 2019 since leaving the Tennessee Bureau of Investigation and that he has no current scientific publications.  Mr. Hall will explain how evidence is received into the laboratory and how the evidence is processed.  Mr. Hall will then explain the steps that he takes to determine the gross weight and the net weight of the substance.  Mr. Hall will also explain the series of instrumental techniques to test the sample for identification of the drug. Mr. Hall will then identify the exhibits as the exhibit he received and analyzed and provided the attached reports, qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described below, are based on my knowledge, skill, experience, training, and education.  See Mr. Hall's attached Curriculum Vitae for additional information regarding his qualifications.  The opinions described are based on the following chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the previously provided Laboratory Report and analyst notes.

    **3.**      Shalandus Garrett
               Tennessee Bureau of Investigation

Shalandus Garrett examined exhibit 001-a submitted to the Tennessee Bureau of Investigation

in Case Nos. 1500128 and lab case number 153001161. She also examined exhibit 001-a submitted to the Tennessee Bureau of Investigation in Case Nos. 491729 and lab case number 153003652. It is expected that Ms. Garrett will testify regarding her training, experience and in accordance with the reports that she produced as part of the investigation. It is expected that, among other things in the reports, Ms. Garrett will explain what a forensic chemist is and her job duties as a forensic chemist. Ms. Garrett will explain what the pre-requisites are to becoming a forensic chemist for the Tennessee Bureau of Investigation, as well as that she has not testified as a forensic chemist in the last four years as she has since left the Tennessee Bureau of Investigation. Ms. Garrett will explain how evidence is received into the laboratory and how the evidence is processed. Ms. Garrett will then explain the steps that she took to determine the gross weight and the net weight of the substance. Ms. Garrett will also explain the series of instrumental techniques to test the sample for identification of the drug. Ms. Garrett will then identify the exhibits as the exhibit she received and analyzed and provided the previously provided reports, qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described below, are based on my knowledge, skill, experience, training, and education. The opinions described are based on the following chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the previously provided Laboratory Report and analyst notes.

**4.** John Lewoczko
Madison County Sherriff's Department

Mr. Lewoczko will be testifying to his analysis and comparison of casings recovered from several crime scenes from the Milan and Jackson, Tennessee area. Mr. Lewczko's reports reflecting his conclusions have been provided in discovery bates stamped numbers 099528, 099551-4, 099556 and 007961.

Mr. Lewoczko's testimony will detail the steps he took to examine crime scene cartridge casing recovered from case numbers JPD 19-012992, 19-013523, 19-000425, 19-000406 and 19-002341and test fired cartridge recovered from the firearm in case number 19-013538, as well as, crime scene casings from Milan Police Department Case No. 1808232004 and the test fired cartridge recovered from the Glock pistol recovered in that investigation.  Lewoczko will detail how he retrieved the cartridges and firearm from evidence, identified the cartridges to keep separate during his examination, examined each for Class Characteristics, and then chose one cartridge to then begin comparing each cartridge with while looking for matching Individual Characteristics. After determining crime scene casings that matched based on Class and Individual Characteristics, Lewoczko's opinion is that the casings are of sufficient agreement to determine they were fired from the same firearm.

Mr. Lewoczko' opinion testimony will be based upon his training, testing and lengthy experience as a law enforcement officer. Mr. Lewoczko has not authored any written publications in the last 10 years and has testified in the Madison County Circuit Court as an expert in firearms and tool markings in the last 4 years and provided in his attached CV and case list.

   **5.**   J. Russell Davis II
            Tennessee Bureau of Investigation

Please see attached Exhibit:  Rule 16(a)(1)(G) Summary of Testimony- J. Russell Davis II, which referenced the report previously provided in discovery as bates stamped number 99559.

   **6.**   Elizabeth Fortin
            Tennessee Bureau of Investigation

Elizabeth Fortin examined exhibit 004-a in Lab Case Number 173000669 submitted to the Tennessee Bureau of Investigation by the Humboldt Police Department in their case number 1701312033. It is expected that Elizabeth Fortin will testify regarding her training, experience and

in accordance with the reports that she produced as part of the investigation. It is expected that, among other things in the reports, Ms. Fortin will explain what a forensic biologist is and her job duties as a forensic biologist. Ms. Fortin will explain what the pre-requisites are to becoming a forensic biologist for the Tennessee Bureau of Investigation, as well as the other publications and cases in which she has testified (her cv will be supplemented in an amended notice). Ms. Fortin will explain how evidence is received into the laboratory and how the evidence is processed. Ms. Fortin will then explain what DNA is and how it affects our everyday life. Ms. Fortin will explain the steps that she takes to collect DNA from an item of evidence. Ms. Fortin will also explain the series of instrumental techniques to test identify a DNA profile along with the difference between a major and minor profile.

**7.** Kendall Stoner, M.S.F.S.
Tennessee Bureau of Investigation

Kendall Stoner examined exhibit 004-a in Lab Case Number 173000669 submitted to the Tennessee Bureau of Investigation by the Humboldt Police Department in their case number 1701312033. It is expected that Kendall Stoner will testify regarding her training, experience and in accordance with the reports that she produced as part of the investigation. It is expected that, among other things in the reports, Ms. Stoner will explain what a forensic biologist is and her job duties as a forensic biologist. Ms. Stoner will explain what the pre-requisites are to becoming a forensic biologist for the Tennessee Bureau of Investigation, as well as the other publications and cases in which she has testified (listed in her CV attached to this notice). Ms. Stoner will explain how evidence is received into the laboratory and how the evidence is processed. Ms. Stoner will then explain what DNA is and how it affects our everyday life. Ms. Stoner will explain the steps that she takes to collect DNA from an item of evidence. Ms. Stoner will also explain the series of instrumental techniques to test identify a DNA profile along with the difference between a major and minor profile. Ms. Stoner will also explain the CODIS system.

    **8.** Rachel Strandquist
Tennessee Bureau of Investigation

Rachel Strandquist examined exhibit 001-a in Lab Case Number 163005299 submitted to the Tennessee Bureau of Investigation by the Jackson Metro Narcotics in their case number M16000512. It is expected that Ms. Strandquist will testify regarding her training, experience and in accordance with the reports that she produced as part of the investigation. It is expected that, among other things in the reports, Ms. Strandquist will explain what a forensic chemist is and her job duties as a forensic chemist. Ms. Strandquist will explain what the pre-requisites are to becoming a forensic chemist for the Tennessee Bureau of Investigation, as well as the other publications and cases in which she has testified (listed in her CV attached to this notice). Ms. Strandquist will explain how evidence is received into the laboratory and how the evidence is processed. Ms. Strandquist will then explain the steps that she takes to determine the gross weight and the net weight of the substance. Ms. Strandquist will also explain the series of instrumental techniques to test the sample for identification of the drug. Ms. Strandquist will then identify the exhibit 001-a in Lab Case Number 163005299 as the exhibit she received and analyzed and provided the attached report.

**9.** Kelly Schrotberger
Jackson Police Department

Investigator Schrotberger' s testimony will detail the steps he took to examine the crime scene cartridges submitted as evidence in this matter. Schrotberger's notes, photographs, and documents used in developing his opinion in this matter will be provided in a supplemental disclosure.

**10.** Cervina Braswell
Tennessee Bureau of Investigation
Special Agent/Forensic Scientist
Jackson, TN

Cervina D. Braswell performed the examination of the items listed in her firearms reports issued on 11/16/17, and 1/15/19. These reports were provided in discovery in bates stamp numbers 3389 to 3390, and 99560 to 99561 respectively.

It is expected that Ms. Braswell will testify about her qualifications, trainings, and experience in the field of firearms and tool marks identification and will also explain the scientific bases that make firearms identification possible. Ms. Braswell will further explain the standard process employed during firearms examinations, its reliability, and how she followed that process in this case. Lastly, she will give her expert opinions and the bases for those opinions. Her expert opinions are included in her firearms report.

Ms. Braswell is preparing a statement about her qualifications, science of firearms identification, process of firearms identification, exhibits examined in this case, and a summary of her examination results and conclusions. The United States will submit that statement in a separate filing as soon as it becomes available.

**11.** Dr. Erica R. Curry, M.D., Pathologist
West Tennessee Regional Forensic Center
Office of the Medical Examiner
Memphis, TN

Dr. Erica R. Curry conducted the autopsy that was previously provided in discovery in Bates stamped numbers 003346-003359. It is expected that Dr. Curry will testify regarding her training, experience and in accordance with the reports that she produced as part of the investigation. It is expected that, among other things in the reports, Dr. Curry will explain what a forensic pathologist is and her job duties as a forensic pathologist. Dr. Curry will explain what the pre-requisites are to becoming a forensic pathologist, as well as the other publications and cases in which she has testified (listed in her CV attached to this notice). Dr. Curry will explain how an autopsy is conducted and what was found as a result of the autopsy in this matter. Dr. Curry will then explain the manner and

means of death in this case.

**12.** Dawn Sherwood
Certifying Scientist
NMS Labs
Willow Grove, Pennsylvania

Ms. Sherwood was the certifying scientist that conducted the toxicology testing of the blood sample from the autopsy in which Dr. Curry relied on in her finding in the autopsy report previously provided in discovery as bates stamped number 3356-3359. Any further information received on the certifying scientist will be supplemented in an amended notice.

**13.** Jennifer I. Banks
Federal Bureau of Investigation

Supervisory Special Agent Banks will testify what a historical cell site analysis is, as well as the three main components of a historical cell site analysis. She will explain the specialized training regarding cellular telephones, cellular technology and historical cell site analysis. Her testimony will include explaining what a call detail record is and what an analysis of a call detail record includes. The testimony will include explanation of how a cell phone works and communicates with a cellular network and what role a cell tower plays in that communication. The testimony will also include what records cell phone companies keep based upon the activities of the devices and towers. The testimony will include how the general location of a cell phone can be determined by using the cell sites recorded by the phone companies.

Supervisory Special Agent Banks will be testifying to the analysis and mapping of cellphone records relating to the events surrounding the murder of W.V. in Humboldt Case No. 1701312033. Supervisory Special Agent Banks' reports reflecting the method and manner in which the conclusions have been reached will be supplemented in an amended disclosure. Supervisory Special Agent Banks' curriculum vitae satisfying F.R.Crim. P. 16(a)(1)(G) is attached to this Notice as an Exhibit.

Special Agent Banks' opinion testimony will be based upon her training, testing and lengthy experience as a law enforcement officer.

III. The United States reserves the right to call any expert witness identified by the defendant as an adverse witness.

The United States reserves the right to amend these disclosures should any new, relevant information arise, or under any circumstances allowable or applicable rules.

Respectfully submitted,

KEVIN G. RITZ
UNITED STATES ATTORNEY

By: /s/ Hillary Lawler Parham
Hillary Lawler Parham (TN #025520)
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF TENNESSEE
109 South Highland Ave., Suite 300
Jackson, Tennessee 38301
731-422-6220
Hillary. Parham@usdoj.gov

**SIGNING THE DISCLOSURE**

The above referenced witnesses have signed their reports satisfying the requirements Pursuant to Fed. R. Crim. P 16(a)(1)(G)(v).

**CERTIFICATE OF SERVICE**

I, Hillary Lawler Parham, Assistant United States Attorney for the Western District of Tennessee, certify that the foregoing has been sent via electronic filing to the following this Thursday, April 27, 2023:

/s/ Hillary Lawler Parham

              Hillary Lawler Parham
              ASSISTANT UNITED STATES ATTORNEY