Dear Judge Anderson on November 2, 2023 with respect I raised my hand and asked for a new lawyer. Brought concern to me the way you spoke to me. But you also allowed my co defendant to speak for two days. If I wronged you in any way would like to apologize. Maybe you had a bad day but also with respect wanted to bring this to your attention. Also im writting to request a new lawyer. MR. Maddox did not act in my best intrest on Nov 2, 2023. So im asking for him to be removed from my case. Have other matters dealing with Ausa parham has moved my co defendant. Telling my co defendant lawyer that i was trying to beat his client up that's why he did not plea. Don't know if you know about these matters. But there was been maniplation to get my co defendants to plea. Which is not my concern just wanted you to know why I wanted to get away from this defense team. Your once again I hope you grant my request to remove MR Maddox. But once again would like to apologize to the court if I wronged you or the court. Thank you May God Bless you