# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 1:21-cr-10112-STA |
| Plaintiff, ) | |
| ) | ORDER ON STATUS REPORTS |
| v. ) | BY THE COORDINATING |
| ) | DISCOVERY ATTORNEY |
| MARKELL YOUNG, ) | |
| OCTAVIUS FERGUSON, ) | |
| BAKARI LENON, ) | |
| JORDAN POWELL, and ) | |
| MONTERIO ROSS, ) | |
| ) | |
| Defendants. ) | |

On April 4, 2022, the Court appointed Russell M. Aoki of Aoki Law PLLC, as Coordinating Discovery Attorney (CDA) in the above-captioned matters. As part of those orders, the Court directed the CDA to provide monthly status reports:

> Should the Court fund ongoing third-party services, such as a discovery review database, the Coordinating Discovery Attorney shall also provide this Court with monthly *ex parte* status reports depicting the status of the vendor's work and whether that work remains within the budget of funds authorized by the Court. A copy shall be provided to defense counsel.

*U.S. v. Young et al.*, 1:21-cr-10001-STA, Dkt. 108, Order Appointing Coordinating Discovery Attorney, April 4, 2022, p. 4.

The last remaining defendants are scheduled for sentencing. The Government has stopped producing discovery. There are no expenses for the CDA to monitor. Accordingly, the Court modifies its previous orders:

ORDER ON STATUS RPORTS BY THE COORDINATING DISCOVERY ATTORNEY - 1

- The CDA is relieved of the duty of filing further monthly *ex parte* status reports.

- However, the CDA shall file a status report if the Government produces additional discovery.

**IT IS SO ORDERED** this 10th day of June, 2024.

<u>**s/ S. Thomas Anderson**</u>
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE